Milton G. Leibson, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,843.

Heard in the second division of this court for the first district at the December term, 1937. Opinion filed December 13, 1938. Rehearing denied December 27, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Edward D. Feinberg, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Claude W. B. Holman, appellant, v. Indianapolis Life Insurance Company et al., appellees. Gen. No. 40,038.

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed December 13, 1938.

Ellis & Westbrooks and Claude W. B. Holman, for appellant; Richard E. Westbrooks and Claude W. B. Holman, of counsel. Deming, Jarrett & Mulfinger, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Crittall Manufacturing Company, Inc., appellee, v. Jacobson Brothers Company, appellant. Gen. No. 40,058.

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed December 13, 1938.

Bayley, Webster, Gregory & Hunter, for appellant; Robert L. Hunter, Robert E. Covert and Herbert N. Woodward, of counsel. Goldman, Allshouse & Healy, for appellee; Robert G. Dreffein and M. M. Loman, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.